UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22871-CIV-SEITZ/O'SULLIVAN

ELIZABETH SPAGNOLI,
Individually and as Personal
Representative of the Estate of
JORGE LIBARDO ORTEGA,

    Plaintiff,
v.

MEDTRONIC MINIMED, INC.,
A California Corporation,

    Defendant.
_____/

## **ORDER**

THIS MATTER came before the Court on an informal discovery conference held before the undersigned on August 1, 2008. Having held a hearing in this matter, it is

ORDERED AND ADJUDGED that on or before 10:00 AM on Monday, August 4, 2008, the plaintiff shall provide the defendant with all e-mails to or from the client that pertain to the status of the complaint, equitable estoppel or the statute of limitations. It is further

ORDERED AND ADJUDGED that on or before 10:00 AM on Monday, August 4, 2008, the plaintiff shall provide the defendant with the descriptions on the billing records for any research regarding the statute of limitations or equitable estoppel issues. It is further

ORDERED AND ADJUDGED that on or before 10:00 AM on Monday, August 4, 2008, the plaintiff shall provide the defendant with detailed responses to the Request

for Admissions pursuant to F.R.C.P. 36(a)(4).  The plaintiff's general objections to the Requests for Admissions are stricken.  It is further

ORDERED AND ADJUDGED that on or before 10:00 AM on Monday, August 4, 2008, the plaintiff shall provide the defendant with a detailed written response to interrogatory number four (4).

DONE AND ORDERED, in Chambers, at Miami, Florida, this 1st day of August, 2008.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record